John Broocks Greer, III, Broocks Greer, L.L.C., Shreveport, LA, for Defendant–Appellant.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Darrell R. Johns has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Johns has filed a response asserting that he received ineffective assistance of counsel and challenging the dis-

trict court's denial of his motion to suppress, the sufficiency of the evidence to support his conviction, and the district court's denial of his pretrial pro se motion for the appointment of new counsel.

The record is not sufficiently developed to allow us to make a fair evaluation of Johns's claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to Johns raising them on collateral review.[1] We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Johns's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[2]

**Scott PANETTI, Petitioner–Appellant,**

v.

**William STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

**No. 14–70037.**

United States Court of Appeals,
Fifth Circuit.

Dec. 3, 2014.

Kathryn M. Kase, Esq., Texas Defender Service, Houston, TX, Gregory William

---

Wiercioch, University of Wisconsin Law School, Madison, WI, for Petitioner–Appellant.

Ellen Stewart–Klein, Assistant Attorney General, Office of the Attorney General, Austin, TX, for Respondent–Appellee.

Before STEWART, Chief Judge, and HIGGINBOTHAM and OWEN, Circuit Judges.

PER CURIAM: *

We STAY the execution pending further order of the court to allow us to fully consider the late arriving and complex legal questions at issue in this matter.[1] An order setting a briefing schedule and oral argument will follow.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

